# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AMANDA ROBERTS,

    Plaintiff,

-vs-                        Case No. 6:09-cv-1500-Orl-28KRS

RIO, INC., OMED ESMAILZADEGAN,
SHIVA ESMAIL ZADEGAN,

    Defendants.

## ORDER

This case is before the Court on the Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. No. 14) filed November 9, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 16, 2009 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. No. 14) is **GRANTED in part.**

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Plaintiff's counsel is prohibited from withholding any portion of funds payable to Plaintiff under the settlement agreement pursuant to a retainer agreement or otherwise.

6. Plaintiff's counsel is ordered to provide a copy of this Order to Plaintiff.

7. This case is dismissed with prejudice.

8. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15 day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party